CARNEY v. METROPOLITAN ST. RY. CO.

(Supreme Court, Appellate Term. January 10, 1901.)

STREET RAILROADS—CROSSING ACCIDENT—CONTRIBUTORY NEGLIGENCE.

Where the evidence in an action against a street-railroad company for a crossing accident shows that the car was running at the rate of 15 miles an hour, and that the plaintiff looked as he started to cross the track, and saw no car, and that the motorman made no attempt to stop the car, it is error to dismiss the complaint, since the question of plaintiff's freedom from contributory negligence should be submitted to the jury.

Appeal from municipal court, borough of Manhattan, Third district.

Action by John Carney against the Metropolitan Street-Railway Company for a crossing accident. From a judgment dismissing the complaint, plaintiff appeals. Reversed.

Argued before TRUAX, P. J., and SCOTT and DUGRO, JJ.

A. Gibson, Jr., for appellant.

H. A. Robinson, for respondent.

PER CURIAM. The evidence shows that, while the car was going at a "terrific" rate of speed,—15 miles an hour,—it ran into the plaintiff, who was crossing Fourth avenue at Thirtieth street. Plaintiff testified that he looked northward as he started to cross the railroad track, and saw no car approaching. The evidence also shows that the motorman on the car made no effort to stop the car. This evidence was sufficient to go to the jury upon the question of the plaintiff's freedom from negligence, and therefore it was error to dismiss the complaint.

Judgment reversed and a new trial ordered, with costs to abide the event.